# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                  No. CIV S-05-0057 LKK KJM PS

vs.

APPROXIMATELY $7,304.00 in
U.S. CURRENCY,

        Defendant.

JOSEPH FERRARI,                 **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

        Claimant.

_____/

JOSEPH FERRARI, inmate register number 15265-097, a necessary and material witness in proceedings in this case on October 24, 2007 at 10:00 a.m. in courtroom no. 26, is confined in the United States Penitentiary, 3901 Klein Blvd., Lompoc, CA 93436, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kimberly J. Mueller, to appear by telephone-conferencing at Lompoc Penitentiary, October 24, 2007, at 10:00 a.m. Arrangement for telephone-conferencing may be made through the courtroom deputy, Matt Caspar, (916) 930-4187.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to appear by telephone-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

3. The Clerk of Court is directed to serve a copy of this order on the Warden at the Lompoc Penitentiary and to serve a copy on the claimant, Joseph Ferrari, at the United States Penitentiary, 3901 Klein Blvd., Lompoc, CA 93436 and to amend the court's records to reflect claimant's current address at the Lompoc Penitentiary.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, United States Penitentiary, 3901 Klein Blvd., Lompoc, CA   93436**:

      **WE COMMAND** you to produce the inmate named above to appear telephonically before the United States District Court at the time and place above by telephone-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  October 5, 2007.

_____
U.S. MAGISTRATE JUDGE